Prob 12B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Carlos Sanchez |
| **Docket Number:** | 1:08CR00301-001 LJO |
| **Offender Address:** | Fresno, California |
| **Judicial Officer:** | Honorable Lawrence J. O'Neill<br>United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | December 19, 2008 |
| **Original Offense:** | 18 USC 922 (g)(1), Felon in Possession of a Firearm<br>(CLASS C FELONY) |
| **Original Sentence:** | 12 months, 1 day BOP; 3 years TSR; $100 special assessment, Mandatory drug testing |
| **Special Conditions:** | 1) Submit to Search; 2) Participate in correctional treatment program; 3) Drug testing program; 4) No alcohol; 5) Mental health treatment; 6) Participate in co-payment plan |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | July 17, 2009 |
| **Assistant U.S. Attorney:** | Kimberly A. Sanchez      **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Ann Voris      **Telephone:** (559) 487-5561 |
| **Other Court Action:** | None. |

RE:     **SANCHEZ, Carlos**
        **Docket Number:  1:08CR00301-001 LJO**
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

The offender shall reside at and participate in a Residential Re-Entry Center program under the community corrections component as approved by the probation officer, for a period not to exceed 120 days, or until discharged by the program director pursuant to 18 USC 3563(b)(11).

**Justification:**

The offender is due to release from Turning Point, Residential Re-entry Center, Fresno, California, on July 17, 2009.  As the offender has not submitted an approved release plan, it is respectfully recommended that he remain in Turning Point and he participate in the Residential Re-Entry Center program for a period not to exceed 120 days, and is to commence immediately upon his discharge from imprisonment.  The offender agrees to the requested modification and has signed the attached Form 49, Waiver of Hearing document.

                    Respectfully submitted,

                    /s/ Adrian Garcia

                    **Adrian Garcia**
                    **United States Probation Officer**
                    Telephone:  (559) 499-5715

**DATED:**   July 14, 2009
            Fresno, California
            AG/rmv


**REVIEWED BY:**    /s/ Hubert J. Alvarez
                    **Hubert J. Alvarez**
                    **Supervising United States Probation Officer**

RE:     SANCHEZ, Carlos
        **Docket Number:  1:08CR00301-001 LJO**
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

( X)    Modification approved as recommended.

( )     Modification not approved at this time.  Probation Officer to contact Court.

( )     Other:

cc:     United States Probation
        Kimberly A. Sanchez, Assistant United States Attorney
        Ann Voris, Assistant Federal Defender
        Defendant
        Court File
IT IS SO ORDERED.

**Dated:   July 15, 2009**                    /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE